

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>FLORIDA SAHAY,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:23-CR-00001-FLA<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _the Parties_____, IT IS ORDERED that a detention hearing is set for _Monday, January 23_____, _2023_____, at _2:00_____ ☐a.m. / ☒p.m. before the Honorable _Margo A. Rocconi_____, in Courtroom _790_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _January 19, 2023_____    _____
U.S. Magistrate Judge
MARGO A. ROCCONI